IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00199-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN HERRERA-CRUZ,

    Defendant.

---

## MINUTE ORDER
---

ORDER ENTERED BY DAVID M. EBEL

    A Supervised Release Violation Hearing is scheduled in this case for June 15, 2011, at 2:30 p.m.

    DATED:  May 24, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge